Commonwealth *v.* Gaito, Appellant.

Submitted April 11, 1966. *Joseph Gaito,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

HOFFMAN, J., would remand this case to the court below with directions to hold an evidentiary hearing

to determine whether appellant's failure to take a timely appeal resulted from an unconstitutional deprivation of the assistance of counsel.